3/30/18  13:58:37                    Check Analysis                      PYGPI10      PYDPI10

```
Employer    .  .  . :   GEO CORRECTIONS & DETENTION
Employee    .  .  . :     103239  GRIFFITH,MARGARET
Account Number  :   *DD00                Check Number   . :    6240296
Check Date  .  . :   11/10/2017          Cycle . . . . . :   GWHIL
Period Ending . :    11/04/2017          Cleared on  . . :
Net . . . . . :                          Gross . . . . . :      4,418.73
```

| Code  | Income          | Seg. | Rate    | Hours | Amount  |
|-------|-----------------|------|---------|-------|---------|
| 10100 | REG PAY HOURLY  | 1    | 51.9300 | 24.61 | 1278.00 |
| 10100 | REG PAY HOURLY  | 2    | 51.9300 | 12.48 | 648.09  |
| 12000 | VACATION/PTO    | 1    | 51.9300 | 24.00 | 1246.32 |
| 12000 | VACATION/PTO    | 2    | 51.9300 | 24.00 | 1246.32 |

| Code  | Deductions        | Base Amount | ER Liability | EE Deduction | WBO/Ovr |
|-------|-------------------|-------------|--------------|--------------|---------|
| CEDL3 | DELCO CANCER      | .00         | .00          | 15.58        | 0000    |
| CEDL4 | DELCO HEART/STROKE| .00         | .00          | 8.30         | 0000    |
| CEMDL | DELCO SPFPA MED   | .00         | 593.54       | 169.63       | 0000    |
| KCWCC | GEO NO QUAL CORP  | 4418.73     | .00          | 220.94       | 0000    |
| KWCCU | 401K CATCH UP WCC | 4418.73     | .00          | .00          | 0000    |
| *FICA | FICA W/H TAX      | 4225.22     | 261.96       | 261.96       | 0000    |
| =FMHI | MEDICARE W/H TAX  | 4225.22     | 61.27        | 61.27        | 0000    |
| *FWT  | FEDERAL W/H TAX   | 4004.28     | .00          | 826.50       | 0000   +|

F3=Exit  F5=More Info  F8=Print  F9=ADP Info  F10=Access  F11=Display Audit

```
3/30/18   13:58:32          Check Analysis                      PYGPI10    PYDPI10

Employer    . . . :   GEO CORRECTIONS & DETENTION
Employee    . . . :     103239 GRIFFITH,MARGARET
Account Number  :   *DD00              Check Number   . :    6254030
Check Date   . . :   11/24/2017        Cycle . . . . . . :   GWHIL
Period Ending . :    11/18/2017        Cleared on  . . :
Net . . . . . . :                      Gross . . . . . :          5,412.40
Code    Income                    Seg.        Rate       Hours       Amount
10100   REG PAY HOURLY              1        51.9300      48.60      2523.80
10100   REG PAY HOURLY              2        51.9300      37.36      1940.10
13000   HOLIDAY                     1        51.9300      12.00       623.16
35050   OT PREMIUM 50%              1        25.9650      12.53       325.34
Code    Deductions        Base Amount   ER Liability  EE Deduction WBO/Ovr
CEDL3   DELCO CANCER             .00           .00         15.58      0000
CEDL4   DELCO HEART/STROKE       .00           .00          8.30      0000
CEMDL   DELCO SPFPA MED          .00        593.54        169.63      0000
KCWCC   GEO NO QUAL CORP     5087.06           .00        254.35      0000
KWCCU   401K CATCH UP WCC    5412.40           .00           .00      0000
*FICA   FICA W/H TAX         5218.89        323.57        323.57      0000
*FMHI   MEDICARE W/H TAX     5218.89         75.67         75.67      0000
*FWT    FEDERAL W/H TAX      4964.54           .00       1095.37      0000   +
F3=Exit  F5=More Info  F8=Print  F9=ADP Info  F10=Access  F11=Display Audit
```

```
3/30/18   13:58:26              Check Analysis              PYGPI10     PYDPI10

Employer   . . . :  GEO CORRECTIONS & DETENTION
Employee   . . . :     103239 GRIFFITH,MARGARET
Account Number  :  *DD00                 Check Number   . :    6275479
Check Date  . . :  12/08/2017            Cycle . . . . . :  GWHIL
Period Ending . :  12/02/2017            Cleared on  . . :
Net . . . . . . :                        Gross . . . . . :      6,207.72
Code    Income                  Seg.        Rate      Hours        Amount
10100   REG PAY HOURLY            1       51.9300     48.48        2517.57
10100   REG PAY HOURLY            2       51.9300     36.73        1907.39
13000   HOLIDAY                   1       51.9300     24.00        1246.32
35050   OT PREMIUM 50%            1       25.9650     20.66         536.44
Code    Deductions       Base Amount   ER Liability   EE Deduction  WBO/Ovr
CEDL3   DELCO CANCER            .00          .00          15.58     0000
CEDL4   DELCO HEART/STROKE      .00          .00           8.30     0000
CEMDL   DELCO SPFPA MED         .00       593.54         169.63     0000
KCWCC   GEO NO QUAL CORP    5671.28          .00         283.56     0000
KWCCU   401K CATCH UP WCC   6207.72          .00            .00     0000
*FICA   FICA W/H TAX        6014.21       372.88         372.88     0000
*FMHI   MEDICARE W/H TAX    6014.21        87.21          87.21     0000
*FWT    FEDERAL W/H TAX     5730.65          .00        1309.88     0000   +
F3=Exit   F5=More Info   F8=Print   F9=ADP Info   F10=Access   F11=Display Audit
```

1/24/18   13:03:33                    Check Analysis                        PYGPI10      PYDPI10

```
Employer    . . . :  GEO CORRECTIONS & DETENTION
Employee    . . . :    103239  GRIFFITH,MARGARET
Account Number    :  *DD00                Check Number    . :      6275479
Check Date  . . :  12/08/2017             Cycle . . . . . :  GWHIL
Period Ending . :  12/02/2017             Cleared on   . . :
Net . . . . . . :                         Gross . . . . . :        6,207.72
```

| Code | Income | Seg. | Rate | Hours | Amount |
|------|--------|------|------|-------|--------|
| 10100 | REG PAY HOURLY | 1 | 51.9300 | 48.48 | 2517.57 |
| 10100 | REG PAY HOURLY | 2 | 51.9300 | 36.73 | 1907.39 |
| 13000 | HOLIDAY | 1 | 51.9300 | 24.00 | 1246.32 |
| 35050 | OT PREMIUM 50% | 1 | 25.9650 | 20.66 | 536.44 |

| Code | Deductions | Base Amount | ER Liability | EE Deduction | WBO/Ovr |
|------|-----------|-------------|--------------|--------------|---------|
| CEDL3 | DELCO CANCER | .00 | .00 | 15.58 | 0000 |
| CEDL4 | DELCO HEART/STROKE | .00 | .00 | 8.30 | 0000 |
| CEMDL | DELCO SPFPA MED | .00 | 593.54 | 169.63 | 0000 |
| KCWCC | GEO NO QUAL CORP | 5671.28 | .00 | 283.56 | 0000 |
| KWCCU | 401K CATCH UP WCC | 6207.72 | .00 | .00 | 0000 |
| *FICA | FICA W/H TAX | 6014.21 | 372.88 | 372.88 | 0000 |
| *FMHI | MEDICARE W/H TAX | 6014.21 | 87.21 | 87.21 | 0000 |
| *FWT | FEDERAL W/H TAX | 5730.65 | .00 | 1309.88 | 0000 | + |

F3=Exit  F5=More Info  F8=Print  F9=ADP Info  F10=Access  F11=Display Audit

1/24/18   13:03:30                 Check Analysis                         PYGPI10      PYDPI10

```
Employer    . . . :  GEO CORRECTIONS & DETENTION
Employee    . . . :     103239 GRIFFITH,MARGARET
Account Number   :  *DD00                Check Number  . :     6276728
Check Date  . . :   12/22/2017           Cycle . . . . . :   GWHIL
Period Ending . :   12/16/2017           Cleared on  . . :
Net . . . . . . :                        Gross . . . . . :         4,841.43
```

| Code | Income | Seg. | Rate | Hours | Amount | |
|------|--------|------|------|-------|--------|---|
| 10100 | REG PAY HOURLY | 1 | 51.9300 | 50.48 | 2621.43 | |
| 10100 | REG PAY HOURLY | 2 | 51.9300 | 20.51 | 1065.08 | |
| 12000 | VACATION/PTO | 1 | 51.9300 | 1.00 | 51.93 | |
| 12000 | VACATION/PTO | 2 | 51.9300 | 16.00 | 830.88 | + |

| Code | Deductions | Base Amount | ER Liability | EE Deduction | WBO/Ovr | |
|------|-----------|-------------|--------------|--------------|---------|---|
| CEDL3 | DELCO CANCER | .00 | .00 | 15.58 | 0000 | |
| CEDL4 | DELCO HEART/STROKE | .00 | .00 | 8.30 | 0000 | |
| CEMDL | DELCO SPFPA MED | .00 | 593.54 | 169.63 | 0000 | |
| KCWCC | GEO NO QUAL CORP | 4569.32 | .00 | 228.47 | 0000 | |
| KWCCU | 401K CATCH UP WCC | 4841.43 | .00 | .00 | 0000 | |
| *FICA | FICA W/H TAX | 4647.92 | 288.18 | 288.18 | 0000 | |
| *FMHI | MEDICARE W/H TAX | 4647.92 | 67.39 | 67.39 | 0000 | |
| *FWT | FEDERAL W/H TAX | 4419.45 | .00 | 942.74 | 0000 | + |

F3=Exit  F5=More Info  F8=Print  F9=ADP Info  F10=Access  F11=Display Audit