United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-10346-amc
Margaret Griffith                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jun 01, 2018
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14074613        E-mail/PDF: cbp@onemainfinancial.com Jun 02 2018 03:08:26     ONEMAIN,   PO BOX 3251,
         EVANSVILLE, IN. 47731-3251
                                                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:
        JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL. paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
        MARK K. SMITH    on behalf of Debtor Margaret  Griffith markksmithlaw@aol.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee For et al paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                        TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10346-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Margaret Griffith
89 W. Baltimore Ave, 1st Floor
Lansdowne PA 19050

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/31/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 7: ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/03/18                                                                Tim McGrath
                                                                                 **CLERK OF THE COURT**