# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10346-AMC

MARGARET GRIFFITH

89 W. BALTIMORE AVE 1ST FL

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MARGARET GRIFFITH

    89 W. BALTIMORE AVE 1ST FL

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    MARK K SMITH
    LAW OFFICES OF MARK K SMITH
    2 PRINCESS RD STE 1-G
    LAWRENCEVILLE, NJ 08648-

Date: 7/27/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee