UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                :
                                      :
MARGARET GRIFFITH,                    :
                                      :   CHAPTER 13
                                      :
                      DEBTOR.         :
                                      :   BANKRUPTCY NO. 18-10346-AMC
                                      :
                                      :
                                      :

## NOTICE OF MOTION, RESPONSE DATE, AND HEARING DATE

Diamond Resorts U.S. Collection Development, LLC, movant herein has filed a Motion for Relief from the Automatic Stay with the court to permit the enforcement of its *in rem* rights against the personal property commonly known as the timeshare interest 17,500 Points with Initial Use Year, 2011.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 4, 2018** you or your attorney must do ALL of the following.

(a) File an Answer explaining your position at

United States Bankruptcy Court
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) Mail a copy to the movant's attorney:

> Douglas Leavitt, Esquire
> Danziger Shapiro & Leavitt, P.C.
> 150 S Independence Mall West
> Suite 1050
> Philadelphia, PA 19106
> Phone: (215) 545-4830
> Fax: (215) 545-6710

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A HEARING ON THE MOTION IS SCHEDULED TO BE HELD BEFORE THE **HONORABLE ASHELY M. CHAN** ON **September 11, 2018 AT 11:00 AM** IN COURTROOM #4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 204, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 15, 2018

/s/ Douglas Leavitt, Esquire
Douglas Leavitt, Esquire
Danziger Shapiro & Leavitt, PC
150 S Independence Mall West
Suite 1050
Philadelphia, PA 19106
Phone: (215) 545-4830
Fax: (215) 545-6710

Attorneys for Diamond Resorts
U.S. Collection Development, LLC