UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re: | : |
| | : |
| MARGARET GRIFFITH, | : |
| | : CHAPTER 13 |
| | : |
| | : |
| | : BANKRUPTCY NO. 18-10346-AMC |
| DEBTORS. | : |

_____

**CERTIFICATE OF NO OBJECTION TO
MOTION OF DIAMOND RESORTS U.S. COLLECTIONS DEVELOPMENT, LLC FOR
RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH *IN REM* REMEDIES
ON THE PERSONAL PROPERTY COMMONLY KNOWN AS THE TIMESHARE
<u>INTEREST POINTS: 17,500, INITIAL USE YEAR, 2011</u>**

The undersigned hereby certifies that he is aware of no formal or informal objection or response to the Movant's Motion for Relief from the Automatic Stay to Proceed with in Rem Remedies on the Personal Property Commonly Known as the Timeshare Interest Points 17,500 Initial Use Year, 2011 (Docket No. 35 ) (the "Motion"), filed by counsel to Diamond Resorts U.S. Collection Development, LLC (the "Movant") on August 15, 2018. He has reviewed the Court's docket and no objection to the Motion appears thereon.

The Notice of the Motion established September 4, 2018 as the deadline (Docket No. 36 ) (the "Objection Deadline") for receipt of objections to the Motion, and no extension of the Objection Deadline was granted.

Accordingly it is respectfully requested that the Court enter the proposed form of order filed with the Motion, a copy of which order is attached hereto as <u>Exhibit A</u>.

Date: September 5, 2018        /s/ Douglas Leavitt, Esquire
Douglas Leavitt, Esquire
Danziger Shapiro & Leavitt, P.C.
150 S. Independence Mall West
Suite 1050
Philadelphia, PA 19106
Phone: (215) 545-4830
 Fax: (215) 545-6710

Attorneys for Diamond Resorts U.S. Collection Development, LLC

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re: | : |
| | : |
| MARGARET GRIFFITH, | : |
| | : CHAPTER 13 |
| | : |
| DEBTOR. | : |
| | : BANKRUPTCY NO. 18-10346-AMC |
| | : |
| | : |
| | : |

_____

## ORDER

**AND NOW**, this      day of            , 2018, upon motion of Diamond Resorts U.S. Collection Development, LLC, (the "Movant") for Relief from the Automatic Stay from the Automatic Stay to Proceed with In Rem Remedies on the Personal Property Commonly known as the Timeshare Interest 17,500 Points with Initial Use Year, 2011 (the "Motion") and after proper notice and opportunity for a hearing notice, it is

**ORDERED**, that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the Debtor's interest in the Vacation Club and the Association (as more fully defined in the Motion) to allow the Movant (including its successors and assigns) to proceed with its *in rem* remedies only; and it is

**FURTHER ORDERED**, that Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
**ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**

Copies to: (next page)

Copies to:

Douglas Leavitt
Danziger Shapiro & Leavitt, P.C.
150 S Independence Mall West Suite 1050
Philadelphia, PA 19106

Margaret Griffith
89 W. Baltimore Ave, 1st Floor
Lansdowne, PA 19050
DELAWARE-PA

Mark K. Smith, Esquire
Law Offices of Mark K. Smith
2 Princess Road
Ste 1-G
Lawrenceville, NJ 08648

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Valerie Smith
c/o PRA Receivables Management, LLC
Senior Manager
PO Box 41021
Norfolk, VA 23541

Jerome Blank, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | CHAPTER 13 |
| MARGARET GRIFFITH, | BANKRUPTCY NO. 18-10346-AMC |
| DEBTOR. | |

## CERTIFICATE OF SERVICE

Douglas Leavitt certifies that a true and correct copy of the foregoing Certificate of No Objection has been served this 5th day of September, 2018 by the E-filing system or as otherwise indicated, on the persons listed below:

**Via 1st Class Mail (postage prepaid)**
**Valerie Smith**
c/o PRA Receivables Management, LLC
Senior Manager
PO Box 41021
Norfolk, VA 23541

**MARK K. SMITH**
Law Offices of Mark K. Smith
2 Princess Road
Ste 1-G
Lawrenceville, NJ 08648

**Kevin G. McDonald, Esquire**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**Jerome Blank, Esquire**
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

/s/ Douglas Leavitt, Esquire
Douglas Leavitt, Esquire

Attorneys for Diamond Resorts
U.S. Collection Development, LLC