UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  :
:
MARGARET GRIFFITH,  :
:  CHAPTER 13
:
DEBTOR.  :
:  BANKRUPTCY NO. 18-10346-AMC
:
:
:

## ORDER

AND NOW, this 11th day of September, 2018, upon motion of Diamond Resorts U.S. Collection Development, LLC, (the "Movant") for Relief from the Automatic Stay from the Automatic Stay to Proceed with In Rem Remedies on the Personal Property Commonly known as the Timeshare Interest 17,500 Points with Initial Use Year, 2011 (the "Motion") and after proper notice and opportunity for a hearing notice, it is

ORDERED, that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the Debtor's interest in the Vacation Club and the Association (as more fully defined in the Motion) to allow the Movant (including its successors and assigns) to proceed with its *in rem* remedies only; and it is

FURTHER ORDERED, that Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Copies to: (next page)

Copies to:

Douglas Leavitt
Danziger Shapiro & Leavitt, P.C.
150 S Independence Mall West Suite 1050
Philadelphia, PA 19106

Margaret Griffith
89 W. Baltimore Ave, 1st Floor
Lansdowne, PA 19050
DELAWARE-PA

Mark K. Smith, Esquire
Law Offices of Mark K. Smith
2 Princess Road
Ste 1-G
Lawrenceville, NJ 08648

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Valerie Smith
c/o PRA Receivables Management, LLC
Senior Manager
PO Box 41021
Norfolk, VA 23541

Jerome Blank, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532