United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10346-amc
Margaret Griffith                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 11, 2018
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
db         +Margaret Griffith,   89 W. Baltimore Ave, 1st Floor,   Lansdowne, PA 19050-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:03:53      Valerie Smith,
     c/o PRA Receivables Management, LLC,    Senior Manager,    PO BOX 41021,
     Norfolk, VA 23541-1021
                                                                                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
          DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development, LLC
     leavitt@ds-l.com,   filing@ds-l.com
          JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
     paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christian
     Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
     Grantor Trust bkgroup@kmllawgroup.com
          MARK K. SMITH    on behalf of Debtor Margaret  Griffith markksmithlaw@aol.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee For et
     al paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                    TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

MARGARET GRIFFITH,

CHAPTER 13

DEBTOR.

BANKRUPTCY NO. 18-10346-AMC

ORDER

AND NOW, this 11th day of September, 2018, upon motion of Diamond Resorts U.S. Collection Development, LLC, (the "Movant") for Relief from the Automatic Stay from the Automatic Stay to Proceed with In Rem Remedies on the Personal Property Commonly known as the Timeshare Interest 17,500 Points with Initial Use Year, 2011 (the "Motion") and after proper notice and opportunity for a hearing notice, it is

ORDERED, that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the Debtor's interest in the Vacation Club and the Association (as more fully defined in the Motion) to allow the Movant (including its successors and assigns) to proceed with its *in rem* remedies only; and it is

FURTHER ORDERED, that Relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Copies to: (next page)

Copies to:

Douglas Leavitt
Danziger Shapiro & Leavitt, P.C.
150 S Independence Mall West Suite 1050
Philadelphia, PA 19106

Margaret Griffith
89 W. Baltimore Ave, 1st Floor
Lansdowne, PA 19050
DELAWARE-PA

Mark K. Smith, Esquire
Law Offices of Mark K. Smith
2 Princess Road
Ste 1-G
Lawrenceville, NJ 08648

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Valerie Smith
c/o PRA Receivables Management, LLC
Senior Manager
PO Box 41021
Norfolk, VA 23541

Jerome Blank, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532