Mark K. Smith, Esquire (MS-1568)
LAW OFFICES OF MARK K. SMITH, LLC
2 Princess Road, Suite 1-G
Lawrenceville, NJ 08646
(609)512-1775
(609)896-2808 (Fax)
MarkKSmithLaw@aol.com
Attorney for Debtor

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT<br>: EASTERN DISTRICT OF PENNSYLVANIA |
| MARGARET GRIFFITH,<br>Debtor. | : Case No. 18-10346 (AMC)<br>:<br>: Chapter 13<br>:<br>: CERTIFICATION OF MARGARET<br>: GRIFFITH |

      I, MARGARET GRIFFITH hereby certify:

1. I am the debtor in the above bankruptcy proceeding. I offer this Certification in support of the Trustee's Motion to Dismiss Chapter 13 case for Lack of Payments.

2. I am current on all payments to the Trustee through September 2018 in this case as well as on my post-petition payments to the mortgage company.

3. Accordingly, I respectfully request the Court to deny the motion to dismiss.

I certify under the penalty of perjury that the foregoing statements made by me are true.

                                                    /s/ Margaret Griffith

                                                    _____
                                                    MARGARET GRIFFITH

Dated: September 28, 2018