UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

May 9, 2019

To: **Thomas Song, Esquire**
    **1617 JFK Blvd.**
    **Suite 1400**
    **Philadelphia, PA 19103**

                                        In re: **Margaret Griffith**
                                        Bankruptcy No. **18-10346**
                                        Adversary No.
                                        Chapter **13**

        Re: **Motion for Relief from Stay**

The above document(s) were filed in this office on **05/08/2019.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ()        Voluntary Petition
        ()        Adversary Proceeding
        ()        $31.00 Filing Fee for Amendments
        ()        $25.00 Claims Transfer Fee
        (XX)    Motion Filing Fee of $181.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                          Timothy B. McGrath
                                          Clerk


                                          By: **Antoinette Stevenson**
                                              Deputy Clerk

*Fee Notice*
*(11/26/18)*