IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: \
MARGARET GRIFFITH : CHAPTER 13 \
         Debtor : \
          : BK. No. 2:18-10346 AMC

## ORDER

AND NOW, this **19th** day of **June**, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____ \
ASHELY M. CHAN, \
Bankruptcy Judge

WILLIAM C. MILLER, ESQ. \
CHAPTER 13 TRUSTEE \
P.O. BOX 1229 \
PHILADELPHIA, PA 19105

MARK K. SMITH, ESQ. \
LAW OFFICES OF MARK K. SMITH \
2 PRINCESS ROAD \
STE 1-G \
LAWRENCEVILLE, NJ 08648

UNITED STATES TRUSTEE \
OFFICE OF THE U.S. TRUSTEE \
833 CHESTNUT STREET \
SUITE 500 \
PHILADELPHIA, PA 19107

MARGARET GRIFFITH \
89 W. BALTIMORE AVE., 1ST FLOOR \
LANSDOWNE, PA 19050