United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Margaret Griffith  
    Debtor

Case No. 18-10346-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD    Page 1 of 1    Date Rcvd: Jun 19, 2019  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.  
db          +Margaret Griffith,   89 W. Baltimore Ave, 1st Floor,   Lansdowne, PA 19050-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:

        DOUGLAS M LEAVITT   on behalf of Creditor   Diamond Resorts U.S. Collection Development, LLC leavitt@ds-l.com, filing@ds-l.com  
        JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
        JEROME B. BLANK   on behalf of Creditor   US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL. paeb@fedphe.com  
        JEROME B. BLANK   on behalf of Creditor   U.S. Bank National Association, As Trustee For et al paeb@fedphe.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com  
        MARK K. SMITH   on behalf of Debtor Margaret Griffith markksmithlaw@aol.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL. paeb@fedphe.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   U.S. Bank National Association, As Trustee For et al paeb@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                        TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARGARET GRIFFITH : CHAPTER 13
        Debtor :
         : BK. No. 2:18-10346 AMC

## ORDER

AND NOW, this **19th** day of **June**, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN,
Bankruptcy Judge

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

MARK K. SMITH, ESQ.
LAW OFFICES OF MARK K. SMITH
2 PRINCESS ROAD
STE 1-G
LAWRENCEVILLE, NJ 08648

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

MARGARET GRIFFITH
89 W. BALTIMORE AVE., 1ST FLOOR
LANSDOWNE, PA 19050