UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

IN RE:   MARGARET GRIFFITH                CASE NO:   18-10346
                                          CHAPTER:   13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim 4-2 filed on 01/08/2019, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

03/02/2020                          /s/Deidra Bowers
                                    Bankruptcy Specialist
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

## CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 03/02/2020, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

BK-07 (05/23/18)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.