# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 18-10346-MDC

MARGARET GRIFFITH

89 W. BALTIMORE AVE  1ST FL

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARGARET GRIFFITH

    89 W. BALTIMORE AVE  1ST FL

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    MARK K SMITH
    LAW OFFICES OF MARK K SMITH
    2 PRINCESS RD  STE 1-G
    LAWRENCEVILLE, NJ 08648-

Date: 9/29/2020

                                                  /S/ William C. Miller
                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee