**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **MARGARET GRIFFITH** | : | |
| Debtor | : | Bky #: 2:18-10346 MDC |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan (**Doc. # 74**), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 75**) is **APPROVED**.

**Date:** _____

**U.S. BANKRUPTCY JUDGE**