United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-10346-mdc

Margaret Griffith                                                                    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: Adminstra | Page 1 of 2
Date Rcvd: Dec 07, 2020 | Form ID: 232 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Margaret Griffith, 89 W. Baltimore Ave, 1st Floor, Lansdowne, PA 19050-4301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DOUGLAS M LEAVITT | on behalf of Creditor Diamond Resorts U.S. Collection Development LLC leavitt@ds-l.com, filing@ds-l.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE ET. AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association As Trustee For et al paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com |
| MARK K. SMITH | |

District/off: 0313-2                          User: Adminstra                          Page 2 of 2
Date Rcvd: Dec 07, 2020                       Form ID: 232                          Total Noticed: 1

on behalf of Debtor Margaret Griffith markksmithlaw@aol.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor US BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. paeb@fedphe.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor U.S. Bank National Association  As Trustee For et al paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Margaret Griffith

Debtor(s)

Bankruptcy No: 18−10346−mdc

Chapter: 13

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

<u>Margaret Griffith, Debtor</u> has filed Notice of Motion to Modify Confirmed Plan with the court.

1. <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before 12/30/2020 you or your attorney must file a response to the Motion. (*see Filing Instructions below*).

3. A hearing on the Motion is scheduled to be held on 1/7/21 , at 11:15 AM in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408− 2800 and for Reading cases at 610−208−5040 to find out  whether the hearing  has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the movant whose name and address is listed on this Notice.

### Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005−1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse 900 Market Street, Suite 400 Philadelphia, PA 19107

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant:

[Movant name]  <u>Mark K. Smith, Esquire</u>

[Address] Law Offices of Mark K Smith, LLC. 2 Princess Road, Suite I–G Lawrenceville, New Jersey 08648

[Phone  No.] 609)512–1775

[Fax  No.] 609)896–2808

[E–mail address] MarkKSmithLaw@aol.com

[If applicable, name and address of others to be served.]

 Dated: 12/7/20

77 − 74
Form 232