**UNITED STATES BANKRUPTCY COURT**
**EASTREN DISTRICT OF PENNSYLVANIA**

In re:                                                          Case No. 18-10346 MDC
MARGARET GRIFFITH                                               Chapter 13

_____Debtor(s)_____/

**CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER**

The Debtor filed an Motion to Modify Confirmed Plan (ECF #74), The Debtor represents the following:

1. The motion and a proposed order were timely served on the Lender and other interested parties.

2. The motion contained the required negative notice bulletin.

3. The deadline for response to the motion was .December 30, 2020.

4. A check of the electronic entries docketed in this case as of January 21, 2021 confirms that no objections to or requests for hearing on the motion have been filed.

Debtor seeks the entry of the Order Granting Motion to Modify Confirmed Plan.

DATED: 1/21/21

/s/ Mark K Smith
_____
Mark K Smith, Esq
Attorney for Debtor

2 Princess Road, Ste 1-G
Lawrenceville , NJ 08648

MMM-LF-04 (08/01/14)