**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MARGARET GRIFFITH | : | |
| Debtor | : | Bky #: 2:18-10346 MDC |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan (**Doc. # 74**), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 80)** is **APPROVED**.

**Date:** February 1, 2021

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**