United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10346-mdc |
| Margaret Griffith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

**Recip ID    Recipient Name and Address**
db    + Margaret Griffith, 89 W. Baltimore Ave, 1st Floor, Lansdowne, PA 19050-4301

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

**Name**                **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor US BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DOUGLAS M LEAVITT
    on behalf of Creditor Diamond Resorts U.S. Collection Development  LLC leavitt@ds-l.com, filing@ds-l.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
    on behalf of Creditor US BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor U.S. Bank National Association  As Trustee For et al paeb@fedphe.com

KEVIN G. MCDONALD

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com

MARK K. SMITH

on behalf of Debtor Margaret Griffith markksmithlaw@aol.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor U.S. Bank National Association As Trustee For et al paeb@fedphe.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE ET. AL. paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
MARGARET GRIFFITH :
    Debtor : Bky #: 2:18-10346 MDC

# ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan (**Doc. # 74**), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 80**) is **APPROVED**.

Date:  February 1, 2021

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**