# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-10346-MDC

MARGARET GRIFFITH

89 W. BALTIMORE AVE  1ST FL

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARGARET GRIFFITH

    89 W. BALTIMORE AVE  1ST FL

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    MARK K SMITH  
    LAW OFFICES OF MARK K SMITH  
    2 PRINCESS RD  STE 1-G  
    LAWRENCEVILLE, NJ 08648-

Date: 3/16/2021

/S/ William C. Miller  
_____  
William C. Miller, Esquire  
Chapter 13 Standing Trustee