## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>MARGARET GRIFFITH | Case No. 18-10346-mdc<br>Chapter 13 |
| U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE1,Asset-Backed Pass-Through Certificates, Series 2007-WFHE1,<br>     Movant | |
| vs. | |
| MARGARET GRIFFITH,<br>     Debtor | 11 U.S.C. §362 |

### ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE1,Asset-Backed Pass-Through Certificates, Series 2007-WFHE1 (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 89W BALTIMORE AVE, Lansdowne, PA 19050 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE1,Asset-Backed Pass-Through Certificates, Series 2007-WFHE1 may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

April 8, 2021

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

MARGARET GRIFFITH
89 W BALTIMORE AVE
1ST FLOOR
LANSDOWNE, PA 19050

Mark K Smith, Debtor's Attorney
2 Princess Road
Ste 1-G
Lawrenceville, NJ 08648

William Miller, Bankruptcy Trustee
300 N. Main Street, Suite 300
PO Box 1550
High Point, NC 27261

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106