United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10346-mdc |
| Margaret Griffith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Margaret Griffith, 89 W. Baltimore Ave, 1st Floor, Lansdowne, PA 19050-4301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor US BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association  As Trustee For et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DOUGLAS M LEAVITT | on behalf of Creditor Diamond Resorts U.S. Collection Development  LLC leavitt@ds-l.com, filing@ds-l.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor US BANK NATIONAL ASSOCIATION  AS TRUSTEE ET. AL. paeb@fedphe.com |
| JEROME B. BLANK | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor U.S. Bank National Association As Trustee For et al paeb@fedphe.com

KEVIN G. MCDONALD

on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com

MARK K. SMITH

on behalf of Debtor Margaret Griffith markksmithlaw@aol.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor U.S. Bank National Association As Trustee For et al paeb@fedphe.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE ET. AL. paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>MARGARET GRIFFITH<br><br>U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE1,Asset-Backed Pass-Through Certificates, Series 2007-WFHE1,<br>    Movant<br><br>vs.<br><br>MARGARET GRIFFITH,<br>    Debtor | Case No. 18-10346-mdc<br>Chapter 13<br><br><br><br><br><br><br><br>11 U.S.C. §362 |

**ORDER MODIFYING SECTION §362 AUTOMATIC STAY**

Upon consideration of the Movant of U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE1,Asset-Backed Pass-Through Certificates, Series 2007-WFHE1 (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 89W BALTIMORE AVE, Lansdowne, PA 19050 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE1,Asset-Backed Pass-Through Certificates, Series 2007-WFHE1 may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

April 8, 2021

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

MARGARET GRIFFITH
89 W BALTIMORE AVE
1ST FLOOR
LANSDOWNE, PA 19050

Mark K Smith, Debtor's Attorney
2 Princess Road
Ste 1-G
Lawrenceville, NJ 08648

William Miller, Bankruptcy Trustee
300 N. Main Street, Suite 300
PO Box 1550
High Point, NC 27261

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106