**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARGARET GRIFFITH | Chapter 13 |
| Debtor | Bankruptcy No. 18-10346-MDC |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 22, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK K SMITH
LAW OFFICES OF MARK K SMITH
2 PRINCESS RD  STE 1-G
LAWRENCEVILLE, NJ 08648-

Debtor:
MARGARET GRIFFITH

89 W. BALTIMORE AVE  1ST FL

LANSDOWNE, PA 19050