United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-10346-mdc

Margaret Griffith  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret Griffith, 89 W. Baltimore Ave, 1st Floor, Lansdowne, PA 19050-4301 |
| cr | + | WELLS FARGO AUTO, po box 130000, Raleigh, NC 27605-1000 |
| cr | | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14041929 | + | ACS Education Services, 501 Bleeker Street, Utica, NY 13501-2401 |
| 14041930 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14041933 | + | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14041934 | + | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14041935 | | Global Connections inc, PO Box 5096, Chicago, IL 60680-5096 |
| 14077987 | + | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 14041938 | + | Specialized Loan Servicing, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14060897 | | U.S. Bank National Association, as Trustee et al, Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan, MN, 55121-7700 |
| 14570013 | + | U.S. Bank National Association, et al, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 PABKR@brockandscott.com 08054-1218 |
| 14041940 | + | Walsh Brothers, 3617 Garrett Road, Drexel Hill, PA 19026-2340 |
| 14570093 | + | Wells Fargo Bank N.A, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14255596 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14570014 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14069802 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14041941 | + | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 14041942 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 14100296 | + | Wilmington Savings Fund Society,, FSB Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14055102 | + | Wilmington Savings Fund Society,FSB Trustee(See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2021 02:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 23 2021 02:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bankruptcy@diamondresorts.com | Apr 23 2021 02:27:00 | Diamond Resorts U.S. Collection Development, LLC, 10600 West Charleston Blvd, Las Vegas, NV 89135-1014 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 02:13:27 | PRA Receivables Management LLC, POB 41067, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 02:17:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14041931 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2021 02:13:27 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14041932 | + | Email/Text: bankruptcy@diamondresorts.com | Apr 23 2021 02:27:00 | Diamond Resorts FS, 10600 W Charleston Blvd, Las Vegas, NV 89135-1260 |
| 14041928 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2021 02:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14078592 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 02:13:28 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14074613 | | Email/PDF: cbp@onemainfinancial.com | Apr 23 2021 02:17:05 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14041936 | + | Email/PDF: cbp@onemainfinancial.com | Apr 23 2021 02:13:25 | One Main, 501 MacDade Blvd, Folsom, PA 19033-3224 |
| 14115020 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 02:17:06 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14042843 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 02:17:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14069964 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2021 02:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14043991 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2021 02:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14041937 | + | Email/Text: memberservicesadmin@resortcom.com | Apr 23 2021 02:28:00 | ResortCom Villa Del Mar, PO Box 96058, Las Vegas, NV 89193-6058 |
| 14041939 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 02:17:06 | Synchrony Bank/ Care Credit, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021       Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE ET. AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association As Trustee For et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DOUGLAS M LEAVITT | on behalf of Creditor Diamond Resorts U.S. Collection Development LLC leavitt@ds-l.com, filing@ds-l.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE ET. AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association As Trustee For et al paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christian Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com |
| MARK K. SMITH | on behalf of Debtor Margaret Griffith markksmithlaw@aol.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor U.S. Bank National Association As Trustee For et al paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE ET. AL. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 12

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
MARGARET GRIFFITH

Chapter 13

Debtor

Bankruptcy No. 18-10346-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 22, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK K SMITH
LAW OFFICES OF MARK K SMITH
2 PRINCESS RD  STE 1-G
LAWRENCEVILLE, NJ 08648-

Debtor:
MARGARET GRIFFITH

89 W. BALTIMORE AVE  1ST FL

LANSDOWNE, PA 19050